UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| In re:<br><br>RYAN EDWARDS and LESLIE EDWARDS<br><br>Debtors. | Case No.: 14-50717-thf<br>Chapter 7 |
| COMMUNITY FINANCIAL SERVICES BANK,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN EDWARDS and LESLIE EDWARDS,<br><br>Defendants. | **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 7026(a)**<br><br>Adv. Proc. No. 15-5010 |

Pursuant to Rule 7026(a) of the Federal Rules Bankruptcy Procedure, Plaintiff-Creditor Community Financial Services Bank, a Kentucky banking corporation ("CFSB"), makes these initial disclosures.

CFSB's Initial Disclosures are based on information that is presently reasonably available to CFSB. Because CFSB has not yet had the opportunity to engage in discovery, CFSB has not completed its investigation into additional facts, documents or witnesses which may further support its Complaint.[1] As a result, CFSB reserves the right to present witnesses, documents, and evidence in addition to that which is disclosed herein. Moreover, CFSB recognizes its continuing obligation under Rule 7026(e) of the Federal Rules of Bankruptcy Procedure to supplement these Initial Disclosures at appropriate intervals, and will do so in a timely manner as CFSB becomes aware of and

---

[1] Capitalized terms used herein and not otherwise defined have the meanings ascribed in CFSB's complaint ("Complaint") in this adversary proceeding (Docket No. 1).

receives additional relevant information during the course of discovery in this case.

By listing witnesses and documents, CFSB does not waive its right to assert any applicable privilege or protection at an appropriate time or to seal appropriate information under a protective order.

## DISCLOSURE

I.    **The identity of individuals likely to have discoverable information that the disclosing party may use to support its claims or defenses.**

At this time, CFSB believes the following witnesses may have discoverable information relating to the material facts supporting its allegations:

| Name | Contact | Basis for Disclosure |
|---|---|---|
| Ryan Edwards Defendant | Defendant's counsel | This Defendant is believed to have information regarding the relationship of the parties, the general operations of Ryan Marine, the disposition of the Collateral, the use of sale proceeds, the intent of Debtors and Ryan Marine in disposing of the Collateral, including sale proceeds. |
| Leslie Edwards Defendant | Defendant's counsel | This Defendant is believed to have information regarding the relationship of the parties, the general operations of Ryan Marine, the disposition of the Collateral, the use of sale proceeds, the intent of Debtors and Ryan Marine in disposing of the Collateral, including sale proceeds. |
| Jason Pittman, V.P. CFSB | Plaintiff's counsel | Mr. Pittman is likely to have information regarding the relationship of the parties. |

II.    **A description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses.**

The following documents are in the possession, custody or control of CFSB and may be used to support its allegations:

1. All Documents attached to the Complaint herein;

2. Bank Statements relating to the checking account held by CFSB in the name of Ryan Marine, LLC;

3. Bank Statements relating to the checking account held by CFSB in the name of Ryan Marine, LLC Escrow;

4. Bank Statements relating to the checking account held by CFSB in the name of Kentucky Lake Rentals;

5. All applications, promissory notes, credit agreements, loan agreements, guaranties, security agreements, mortgages, and other instruments, agreements and documents executed in connection with the debt owed by Debtors to CFSB;

6. All financial reports, credit reports, resolutions, and other documents relied upon by CFSB to lend to Ryan Marine, LLC or Ryan Edwards (d/b/a Kentucky Lake Rentals, LLC);

7. Documents and attachments filed with the Court by any party in this case and the underlying bankruptcy action (Western District of Kentucky Bankruptcy Case No.: 14-50717-thf).

8. Documents relating to any liens placed on Debtors' and Ryan Marine's properties.

9. Debtors and Ryan Marine's business records.

10. Debtors and Ryan Marine's tax returns.

11. Documents concerning Debtors and Ryan Marine's acquisition and disposition of Collateral.

12. Documents obtained from governmental bodies and other public resources, including the following:

    a. United States Coast Guard National Vessel Documentation Center;
    b. Kentucky Secretary of State;
    c. Kentucky Department of Transportation;
    d. Delaware Secretary of State; and
    e. Calloway County Court Clerk's Office

Discovery only recently commenced and CFSB expects to identify through discovery additional categories of relevant documents likely to support CFSB's claims.

**III.    A computation of each category of damages claimed by the disclosing party.**

Generally, CFSB does not seek damages in this action, only declaratory relief. CFSB may seek attorneys' fees and costs in an amount to be determined at the time the application is made, depending on the results achieved.

**IV.    Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment or to indemnify or reimburse for payments made to satisfy the judgment.**

CFSB is not aware of any insurance that is relevant to this matter.

DATED: July 1, 2015

JOHNSON & MATHIS

By: _____
Martin W. Johnson
1114 Main Street
P.O. Box 450
Benton, KY 42025
Telephone:   (270) 527-3153
Facsimile:   (270) 527-9276
Email:   mj@mjohnson-law.com

*Counsel for Plaintiff*
*Community Financial Services Bank*